# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Comcast of Massachusetts I, Inc. | ) Case No.: |
| | ) |
| Plaintiff | ) **CORPORATION DISCLOSURE** |
| | ) **STATEMENT** |
| vs. | ) |
| | ) |
| Bill Grammer | ) |
| | ) |
| Defendant | ) |
| | ) |

**04  10867  PBS**

**Pursuant to LR, D. Mass 7.3,** the filing party, Comcast of Massachusetts I, Inc.

(hereinafter "Comcast"), a non-governmental corporation, identifies the following parent

corporation and any publicly held corporation that owns 10% or more of its stock:

1. Comcast of Massachusetts I, Inc., is a Massachusetts Corporation and maintains offices at

   6 Campanelli Drive Andover, MA;

2. Comcast of Massachusetts I, Inc. is wholly owned by Comcast MO of Delaware, Inc.

Respectfully Submitted for the Plaintiff,
Comcast of Massachusetts I, Inc.
By Its Local Counsel,

Date 4/29/04

John M. McLaughlin
**MCLAUGHLIN SACKS**
31 Trumbull Road
Northampton, MA 01060
Telephone: (413) 586-0865
BBO No. 556328