Case # 04 10867 PBS

FILED
IN CLERKS OFFICE

2004 MAY 26  P 12: 35

U.S. DISTRICT COURT
DISTRICT OF MASS.

May 11, 2004

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northhampton, MA 01060

Re: Case Number: 04 10867 PBS

Dear John,

I am writing in response to the summons I received today from your office.

Please be advised, that I did in no way tamper with the said cable box. The box was returned to the cable company over 5 years ago barely used and in the same condition in which it was received.

If you have any further questions or need to reach me, please do not hesitate to contact me (978) 667.6396.

Thank you,

Bill Grammer

Bill Grammer