AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Massachusetts

FILED IN CLERKS OFFICE
2004 JUN -1 P 3: 13
U.S. DISTRICT COURT
DISTRICT OF MASS.

Comcast of Massachusetts I, Inc.

v.

Bill Grammer

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04 10867 PBS

TO: (Name and address of Defendant)

Bill Grammer
15 Farmers Lane
Billerica, MA 01821

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

DATE APR 30 2004