UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>**Comcast of Massachusetts I, Inc.**</u>
          **Plaintiff**

**V.**

  **Bill Grammar**
          **Defendant**

Civil Action

No. **04-10867**

## <u>O R D E R</u>

__Saris__                    D.J.

Pursuant to the provisions of Rule 40.1(d) of the Local Rules, the above-entitled case is hereby transferred to the Springfield session of this court for all further proceedings.

By The Court,

/s/ Christine Patch
Deputy Clerk

Date: 6/10/04

Copies to:    Counsel, Operations Manager

(Transfer O - Springfield.wpd - 7/99)                                        [divtranout.]