June 29, 2004

U.S. District Court
Federal Building and Courthouse
1550 Main Street
Springfield, Massachusetts 01103
Attn: Clerks Office

RE: Case # 1: 04-CV-10867-PBS

To Whom It May Concern:

Please consider this a formal request to remand the above mentioned case to the original court in Boston, as the defendant does not have adequate transportation to travel to Springfield and this would be an unjust hardship.

Thank you,

*William F. Grammer*    JR.

William F. Grammer Jr.