

**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
Federal Building & Courthouse
1550 Main Street, Springfield, MA 01103

| | |
|---|---|
| **TO:** | **RE:** Comcast of Mass. v. Bill Grammer |
| Attn: Kathy Gawlik | CIVIL ACTION #. 3: 04-CV-10867-MAP |
| Intake /Customer Services Section | CRIMINAL #. |
| Clerks Office, Boston | |

Dear Clerk:

Please be advised that an order transferring the above entitled action to your court was entered on August 19, 2004 by the Honorable Michael A. Ponsor.

The following documents are included in our file and transmitted herewith:

  (x)   Certified copy of the docket entries;

  (x)   Certified copy of the transferral order;

  (x)   Original documents numbered  1 through 8

  ( )   

Kindly acknowledge receipt of the above on the copy of this letter.

Respectfully,

TONY ANASTAS
CLERK OF COURT

Date:  8/20/04                    By: /s/ *Maurice G. Lindsay*
                                      Maurice G. Lindsay
                                      Deputy Clerk

cc:   Counsel, File

---

The documents listed above were received by me on _____ and assigned the following case number: _____.

By:_____
Deputy Clerk

(Transfer Cover Letter2.wpd - 12/98)