# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

RE:   Civil  No.   04-10867

Title:  Comcast of Massachusetts I, Inc. v. Bill Grammer

## N O T I C E

Pursuant to Local Rule 40.1(E) (4), the above-entitled case has been returned to the Clerk for reassignment. Please take notice that this case previously assigned to Judge  Ponsor  has been reassigned to Judge  Saris  for all further proceedings. From this date forward the case number on all pleadings should be followed by the initials PBS .

Thank you for your cooperation in this matter.

            TONY ANASTAS
            CLERK OF COURT

By:    /s/ Christine Patch
            Deputy Clerk

Date:  8/30/04

(Notice of LR40.1 Reassign.wpd - 3/15/02)                    [ntccsasgn.]