**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **Comcast of Massachusetts I, Inc.**         ) | Case No.:  04 10867 PBS |
|                                              ) | |
|         Plaintiff,                           ) | **PLAINTIFF'S REQUEST** |
|                                              ) | **FOR ENTRY OF DEFAULT** |
|         vs.                                  ) | |
|                                              ) | |
| **Bill Grammer**                             ) | |
|                                              ) | |
|         Defendant                            ) | |
|                                              ) | |
|                                              ) | |

Now comes the Plaintiff Comcast of Massachusetts I, Inc. (hereinafter "Comcast" or the "Plaintiff") in the above-entitled action and requests this Honorable Court to enter a default against Defendants Bill Grammer (hereinafter the "Defendant"), in this action.

As reasons therefore, the Plaintiff states that Defendants have failed to appear, have failed to serve a responsive pleading, and have failed to otherwise defend against the Plaintiff's claims, pursuant to Rule 12 of the Fed. R. Civ. P.

**WHEREFORE**, the Plaintiff respectfully requests that this Honorable Court enter a default against the Defendants.  The Affidavit of Plaintiff's Attorney reciting compliance with Rule 12 and Rule 55 of the Fed. R. Civ. P. is annexed hereto and made a part hereof.

                                                Respectfully Submitted for the Plaintiff,
                                                Comcast of Massachusetts I, Inc.
                                                By Its Attorney,

5/26/05                                      /s/ John M. McLaughlin
Date                                        John M. McLaughlin
                                          **Green, Miles, Lipton & Fitz-Gibbon**
                                          77 Pleasant Street
                                          P.O. 210
                                          Northampton, MA 01061
                                          Telephone:  (413) 586-0865
                                          BBO No. 556328

**CERTIFICATE OF SERVICE**

    I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the 26th day of May, 2005, a copy of the foregoing Request for Default was mailed first class to:

Bill Grammer
15 Farmers Lane
Billerica, MA 01821

                                                       /s/ John M. McLaughlin_____
                                                       John M. McLaughlin, Esq.