3998

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Comcast of Massachusetts I, Inc.
v.
Bill Grammer

SUMMONS IN A CIVIL CASE

CASE NUMBER: 04 10867 PBS



EXHIBIT A

TO: (Name and address of Defendant)

Bill Grammer
15 Farmers Lane
Billerica, MA 01821

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within  twenty (20)  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

APR 30 2004

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 7135, Lowell, MA 01852-0135 • (978) 452-3221

*Middlesex, ss.*

May 12, 2004

I hereby certify and return that on 5/11/2004 at 11:50AM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET, CORPORATE DISCLOSURE STATMENT in this action in the following manner: To wit, by leaving at the last and usual place of abode of BILL GRAMMER, , 15 FARMERS Lane BILLERICA, MA 01821 and by mailing 1st class to the above address on 5/12/2004. Attest ($10.00), Basic Service Fee ($20.00), Conveyance ($1.80), Postage and Handling ($3.00), Travel ($12.16) Total Charges $46.96

*George A. Hooper*
_____
Deputy Sheriff

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
              Date                Signature of Server

                                _____
                                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.