UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                    Civil Action
                                                    No: 04-10867-PBS

Comcast of Massachusetts I, Inc.
Plaintiff

v.

Bill Grammer
Defendant

## NOTICE OF DEFAULT

     Upon application of the Plaintiff for an order of Default for failure of the Defendant, Bill Grammer, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant, Bill Grammer, has been defaulted on May 31, 2005.

                                                  Sarah Thornton
                                                  Clerk

                                                  By: /s/ Robert C. Alba
                                                        Deputy Clerk

Notice mailed to counsel of record and defendant(s).