UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                              Civil Action
                                              No: 04-10867-PBS

Comcast of Massachusetts I, Inc.
Plaintiff

v.

Bill Grammer
Defendant

## PROCEDURAL ORDER ON DEFAULT

SARIS, D.J.                                                                               May 31, 2005

     On May 31, 2005, a notice of default was issued as to the Defendant, Bill Grammer, pursuant to Rule 55(b), Fed.R.Civ.P. If the plaintiff intends to move for judgment by default, it shall do so on or before June 20, 2005. Plaintiff shall include a proposed form of judgment along with the motion filing.

                                                                      By the Court,

                                                                /s/ Robert C. Alba
                                                               Deputy Clerk