**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **Comcast of Massachusetts I, Inc.**   ) | Case No.: **1:04-cv-10867 PBS** |
| ) | |
| Plaintiff,   ) | |
| ) | |
| vs.   ) | **PLAINTIFF'S MOTION TO EXTEND** |
| ) | **TIME TO MOVE FOR DEFAULT** |
| **Bill Grammer**   ) | **JUDGMENT OR TO ASSENT TO** |
| ) | **OPENING OF DEFAULT** |
| Defendant   ) | |

**NOW COMES** Plaintiff, Comcast of Massachusetts I, Inc., to the above-captioned case respectfully requests that this Court extend the deadlines for the Plaintiff to move for Default Judgment to July 31, 2005.

As grounds, the Plaintiff states:

1. Plaintiff's Counsel has been contacted by Counsel for the Defendant, Attorney Stanley P. Roketenetz, Jr. of Woburn, MA.

2. Plaintiff's Counsel and Defendant's Counsel are in substantive negotiations to possibly resolve this matter.

3. Attorney Roketenetz assents to this motion.

In further support of this motion, see affidavit of John M. McLaughlin

---

**Certification pursuant to LR D. Mass 7.1 (A) (2)**

Plaintiff's counsel certifies that he has conferred with Defendant's Counsel, who assents to this motion.

Page     1

                                                        Respectfully Submitted for the Plaintiff,
                                                        Comcast of Massachusetts I, Inc.
                                                        By Its Attorney

6/9/05/                                         /s/ John M. McLaughlin
Date                                           John M. McLaughlin (BBO: 556328)
                                                        **Green, Miles, Lipton & Fitz-Gibbon LLP**
                                                        77 Pleasant Street
                                                        P.O. Box 210
                                                        Northampton, MA 01061-0210
                                                        (413) 586-0865

**CERTIFICATE OF SERVICE**

    I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the 9th day of June 2005, a copy of the foregoing motion and affidavit were sent via electronic mail to

Attorney Stanley P. Roketenetz, Jr.
sroketenetz@yahoo.com

                                              /s/ John M. McLaughlin
                                              John M. McLaughlin