**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **Comcast of Massachusetts I, Inc.** ) | Case No.: **1:04-cv-10867 PBS** |
| ) | |
| Plaintiff ) | **AFFIDAVIT OF ATTORNEY IN** |
| ) | **SUPPORT OF PLAINTIFF'S MOTION** |
| vs. ) | **TO EXTEND TIME TO MOVE FOR** |
| ) | **DEFAULT JUDGMENT** |
| **Bill Grammer** ) | |
| ) | |
| Defendant ) | |

Now comes John M. McLaughlin, Attorney for the Plaintiff in the above-entitled action, and, on oath, states the following:

1. I have been contacted by an attorney for the Defendant, Attorney Stanley P. Roketenetz, Jr., of Woburn, MA.

2. Defendant's Counsel and I are in substantive negotiations to either possibly resolve this matter.

3. Defendant's Counsel assents to this motion.

4. I respectfully request until July 31, 2005 to move for Default Judgment.

Subscribed and sworn to, under the pains and penalties of perjury.

                                      Respectfully Submitted for the Plaintiff,
                                      Comcast of Massachusetts I, INC.
                                      By Its Attorney,

6/9/05                                   /s/ John M. McLaughlin
Date                                    John M. McLaughlin (BBO: 556328)
                                      **Green Miles Lipton & Fitz-Gibbon LLP**
                                      77 Pleasant Street
                                      P.O. Box 210
                                      Northampton, MA 01061
                                      (413) 586-0865