**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Comcast of Massachusetts I, Inc. ) | Case No.: **1:04-cv-10867 PBS** |
| ) | |
| Plaintiff, ) | |
| ) | **PLAINTIFF'S SECOND MOTION TO** |
| vs. ) | **EXTEND TIME TO MOVE FOR** |
| ) | **DEFAULT JUDGMENT OR TO ASSENT** |
| Bill Grammer ) | **TO OPENING OF DEFAULT** |
| ) | |
| Defendant ) | |

**NOW COMES** Plaintiff, Comcast of Massachusetts I, Inc., to the above-captioned case respectfully requests that this Court extend the deadlines for the Plaintiff to move for Default Judgment to August 31, 2005.

As grounds, the Plaintiff states:

1. Plaintiff's Counsel has been contacted by Counsel for the Defendant, Attorney Stanley P. Roketenetz, Jr. of Woburn, MA.

2. Plaintiff's Counsel has submitted written settlement documentation to Defendant's but Defendant has been out of town on business and has not been able to respond to the settlement proposal as if this date.

3. Additionally, Attorney Roketenetz is in the process of applying to allow for electronic filings with this court.

4. Finally the Defendant assents to this motion.

In further support of this motion, see affidavit of John M. McLaughlin

---

**Certification pursuant to LR D. Mass 7.1 (A) (2)**

Plaintiff's Counsel certifies that he has conferred with Defendant's Counsel, who assents to this motion.

Page 1

Respectfully Submitted for the Plaintiff,
Comcast of Massachusetts I, Inc.
By Its Attorney

| | |
|---|---|
| 8/5/05/ | /s/ John M. McLaughlin |
| Date | John M. McLaughlin (BBO: 556328) |

**Green, Miles, Lipton & Fitz-Gibbon LLP**
77 Pleasant Street
P.O. Box 210
Northampton, MA 01061-0210
(413) 586-0865

**CERTIFICATE OF SERVICE**

    I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the 5th day of August 2005, a copy of the foregoing motion and affidavit were sent via electronic mail to

Attorney Stanley P. Roketenetz, Jr.
sroketenetz@yahoo.com

                                            /s/ John M. McLaughlin
                                            John M. McLaughlin

Case 1:04-cv-10867-PBS    Document 16    Filed 08/05/2005    Page 3 of 3