**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **Comcast of Massachusetts I, Inc.**  ) | Case No.: **1:04-cv-10867 PBS** |
| ) | |
| Plaintiff  ) | **AFFIDAVIT OF ATTORNEY IN** |
| ) | **SUPPORT OF PLAINTIFF'S SECOND** |
| vs.  ) | **MOTION TO EXTEND TIME TO MOVE** |
| ) | **FOR DEFAULT JUDGMENT** |
| **Bill Grammer**  ) | |
| ) | |
| Defendant  ) | |

Now comes John M. McLaughlin, Attorney for the Plaintiff in the above-entitled action, and, on oath, states the following:

1. I have been contacted by an attorney for the Defendant, Attorney Stanley P. Roketenetz, Jr., of Woburn, MA.

2. Defendant's Counsel and I are in substantive negotiations to either possibly resolve this matter.

3. I have submitted a written settlement proposal to Defendant's Counsel but he informs me his client is out of town on business and has not been able to respond to said proposal as of this date.

4. Additionally, Defendant's Counsel is in the process of applying to be able to make the electronic filings to this Court, but that will take some period of time.

5. Defendant's Counsel assents to this motion.

6. I respectfully request until August 31, 2005 to move for Default Judgment.

Subscribed and sworn to, under the pains and penalties of perjury.

Page 1

                                        Respectfully Submitted for the Plaintiff,
                                        Comcast of Massachusetts I, Inc.
                                        By Its Attorney,

| | |
|---|---|
|  8/5/05 |   /s/ John M. McLaughlin |
| Date | John M. McLaughlin (BBO: 556328) |
| | **Green Miles Lipton & Fitz-Gibbon LLP** |
| | 77 Pleasant Street |
| | P.O. Box 210 |
| | Northampton, MA 01061 |
| | (413) 586-0865 |