UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Comcast of Massachusetts I, Inc.** ) | Case No.: 1:04-cv-10867 PBS |
| ) | |
| Plaintiff, ) | **STIPULATION OF DISMISSAL** |
| ) | **WITH PREJUDICE** |
| vs. ) | |
| ) | |
| **Bill Grammer** ) | |
| ) | |
| Defendant ) | |
| ) | |
| ) | |

The parties to the above-entitled action have agreed to settle this matter, pursuant to the provisions of Fed. R. Civ. P. 41(1)(a)(i), hereby stipulate that said action be dismissed with prejudice and without cost to either party.

Respectfully Submitted for the Plaintiff,
Comcast of Massachusetts I, Inc.
By Its Attorney,

_____          _____
Date                                                              John M. McLaughlin
                                                                          **Green, Miles, Lipton & Fitz-Gibbon LLP**
                                                                          77 Pleasant Street
                                                                          P.O. Box 210
                                                                          Northampton, MA 01061
                                                                          Telephone: (413) 586-0865
                                                                          BBO No. 556328

1

                                                Respectfully Submitted for the Defendant,
Bill Grammer
By his Attorney,

_____8-23-05_____  /s/ Stanley Roketenetz
Date                          **Stanley Roketenetz**

Stanley P. Roketenetz, Jr., Esq.
36 Commerce Way
Woburn, MA 01801
Tel. (781) 933-3446
BBO# 425800


Respectfully Submitted by the Defendant,
Bill Grammer


_____8-23-05_____  /s/ Bill Grammer
Date                          **Bill Grammer**

2